**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Juan ROSAS–CALDERON,**
**Defendant—Appellant.**

No. 05–10510.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Don B. Overall, AUSA, USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Enrique R. Gonzales, Nogales, AZ, for Defendant–Appellant.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Juan Rosas–Calderon appeals from his guilty-plea conviction and 41–month sentence imposed for illegal re-entry into the United States after deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rosas–Calderon has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Rosas–Calderon has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

